# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

136885

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DONALD KENNETH CARLSON,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136885
COA: 283828
Benzie CC: 84-000966-FC

_____/

     On order of the Court, the application for leave to appeal the June 17, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk

s1117